UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ABRINA H., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00317-MG-JRS |
| | ) |
| KILOLO KIJAKAZI Acting Commissioner of the Social Security Administration, | ) ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Entry Reviewing the Commissioner's Decision, also issued this day, the Court now **AFFIRMS** the Commissioner's decision and enters **FINAL JUDGMENT** against Plaintiff, and in favor of Defendant, such that Plaintiff shall take nothing by way of the Complaint.

Date: 3/28/2024

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:
To ECF Counsel of Record